HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE BLOCK,

    Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

    Defendants.

CASE NO. C14-235RAJ

ORDER

The court directs the clerk to TERMINATE Plaintiff's motion to strike. Dkt. # 44. The motion violates this court's local rules in numerous ways. At a minimum, it violates a prohibition on separate motions to strike, it is too long, and it contains no noting date. *See* Local Rules W.D. Wash. LCR 7(b)(1), 7(d)(3), 7(e)(3).

The record before the court reflects that this litigation threatens to spiral out of control. It also reflects that Plaintiff's communication with opposing counsel and opposing parties in this case falls well below the standards of civility that this court expects from litigants. To preserve order while the court resolves both the pending motions to dismiss and Defendants' motion for sanctions, the court orders as follows:

1) This litigation is STAYED pending further order of the court subject only to the following exceptions:

    a) The parties shall complete briefing, in accordance with the local rules, on Defendants' motion for sanctions. Dkt. # 40.

ORDER – 1

      b) Plaintiff and counsel for Defendants may exchange good-faith written settlement offers.

2) No party may propound or pursue discovery while the stay is in effect.

3) While this stay is in effect, no party may file any motion, unless the motion seeks emergency relief or is stipulated.

4) While this stay is in effect, there will be no communication between Plaintiff and any Defendant about this lawsuit. Plaintiff and counsel for Defendants may communicate only for the purpose of making or responding to a settlement offer or for making or responding to a good faith request for a stipulation or stipulated motion.

If any party violates this order, the court will impose monetary sanctions and may impose evidentiary sanctions or dismiss this action.

DATED this 29th day of July, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2