HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE BLOCK,

      Plaintiff,

  v.

SNOHOMISH COUNTY, et al.,

      Defendants.

CASE NO. C14-235RAJ

MINUTE ORDER

    The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

    The clerk shall TERMINATE each of three documents that Plaintiff has designated as motions to amend her complaint. Dkt. ## 62, 63, 64. The first of those documents is a second amended complaint, the second of them appears to be a redlined version of the same complaint that shows the differences between the second amended complaint and its predecessor, and the third is an unnecessary motion to amend Plaintiff's complaint. The court already granted leave to amend in its December 1, 2014 order.

    The clerk shall modify the docket text associated with the first of those documents to indicate that it is Plaintiff's second amended complaint, and shall modify the docket text associated with the second of those documents to indicate that it is a redlined version of Plaintiff's second amended complaint.

MINUTE ORDER – 1

1   Plaintiff shall serve her second amended complaint or obtain waivers of service.
2   The court suggests no opinion on the merits of Plaintiff's second amended complaint.
3   Dated this 29th day of December, 2014.

WILLIAM M. MCCOOL
Clerk

s/ Rhonda Stiles
Deputy Clerk

MINUTE ORDER – 2