HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE BLOCK,

    Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

    Defendants.

CASE NO. C14-235RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The clerk shall VACATE the trial date and all pending pretrial deadlines. The court will impose a new trial schedule, if necessary, when it resolves the pending motions.

All restrictions that the court imposed in its December 1, 2014 order (Dkt. # 61) remain in effect.

Dated this 3rd day of April, 2015.

    WILLIAM M. MCCOOL
    Clerk

    s/ Rhonda Stiles
    Deputy Clerk

MINUTE ORDER – 1